## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| J P MORGAN CHASE BANK, NA, | : No. 70 WM 2014 |
| | : |
| Respondent | : |
| | : Motion for One Month Stay of Sheriff Sale |
| | : Pending Hearing to Fix Amount of Security |
| v. | : for Supersedeas Pending Appeal |
| | : |
| | : |
| LOUIS J. LAMANNA A/K/A LOUIS JOHN | : |
| LAMANNA (REAL OWNER AND | : |
| MORTGAGOR) AND MELISSA ANNE | : |
| LAMANNA (REAL OWNER) AND UNITED | : |
| STATES OF AMERICA | : |
| | : |
| | : |
| PETITION OF: LOUIS J. LAMANNA AND | : |
| MELISSA ANNE LAMANNA, HIS WIFE | : |

## ORDER

**PER CURIAM**

**AND NOW,** this 10th day of October, 2014, the Motion for One Month Stay of Sheriff Sale Pending Hearing to Fix Amount of Security for Supersedeas Pending Appeal is hereby **DENIED**. Further, the request to set aside the sheriff sale of October 6, 2014, is hereby **DENIED**.